

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| NARMINA SNOW, | § | No. 08-23-00043-CV |
| Appellant, | § | Appeal from the |
| v. | § | 459th Judicial District Court |
| VINCENT SNOW, | § | of Travis County, Texas |
| Appellee. | § | (TC# D-1-FM-21-000956) |

## J U D G M E N T

The Court has considered this cause on the parties' joint motion and concludes the motion should be granted and the appeal should be remanded to the trial court. We therefore grant the motion and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement.

We further order all costs of this appeal be taxed against Appellant. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF MARCH, 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, and Soto, J.J.